Opinion issued July 19, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00124-CV






AETERNIA ENTERPRISES, U.S.A., LTD., Appellant


V.


PRIMESOURCE BUILDING PRODUCTS, INC., Appellee






On Appeal from the 133rd District Court

Harris County, Texas

Trial Court Cause No. 2002-57016A






MEMORANDUM OPINION Appellant Aeterina Enterprises U.S.A., Ltd. has failed to timely file a brief. See
Tex. R. App. P. 38.8(a) (failure of appellant to file brief). After being notified that
this appeal was subject to dismissal, appellant did not adequately respond. See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.